**United States District Court**
For the Northern District of California

\*E-Filed 7/24/09\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIRENIA L. GUERRERO and HUMBERTO B. GUERRERO,<br><br>          Plaintiffs,<br><br>     v.<br><br>PUTNAM LEXUS,<br><br>          Defendant.<br>_____/ | No. 5:09 CV 1831 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

Defendant Putnam Lexus has filed a motion to dismiss, docket [7] in the above-captioned matter. This motion is noticed for hearing on August 12, 2009, at 9:30 a.m.

In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate jurisdiction no later than **July 31, 2009**.

IT IS SO ORDERED.

Dated:   7/24/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 1831 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE